UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>S & S FAST AND EASY MART, et al.,<br><br>    Defendants. | Case No. 16-cv-02534-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 3 |

On May 11, 2016, this Court issued its initial scheduling order requiring the plaintiff to complete service on defendants by July 11, 2016, for the parties to complete a joint inspection no later than August 23, 2016, and to file a notice of need for mediation within 42 days thereafter. According to the docket, none of these deadlines have been met. Therefore, the Court HEREBY ORDERS plaintiff to file a declaration no later than November 14, 2016 showing cause as to why the complaint should not be dismissed for failure to prosecute. Failure to do so will result in a dismissal of the case without prejudice.

**IT IS SO ORDERED**.

Dated: November 4, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge