UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>S & S FAST AND EASY MART, et al.,<br><br>    Defendants. | Case No. 16-cv-02534-SK<br><br>**DISMISSAL WITHOUT PREJUDICE**<br><br>Regarding Docket No. 8 |

On May 10, 2016, Plaintiff filed this case. (Dkt. 1.) A summons was issued as to defendants on May 23, 2016. (Dkt. 5.) There is no proof of service of the complaint on the defendants contained in the record. On May 31, 2016, Plaintiff consented to allow this action to proceed with a United States magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. 7.) Since that date, there has been no activity on the docket of this matter. On November 4, 2016, an order to show cause was issued as to why the case should not be dismissed for failure to prosecute, allowing until November 14, 2016 to file a written response. (Dkt. 8.) Having received no response from the Plaintiff, the case is hereby DISMISSED WITHOUT PREJUDICE. The Court requests that the Clerk close the action.

**IT IS SO ORDERED**.

Dated: December 16, 2016

_____
SALLIE KIM
United States Magistrate Judge